HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 East Colorado Blvd., Suite 303
Pasadena, California 91101
Tel: (626) 808-4357

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHA ASKAR, an individual on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>HEALTH PROVIDERS CHOICE, INC.; and DOES 1 to 10 inclusive,<br><br>    Defendants. | Case No. 5:19-CV-06125-BLF<br><br>[PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:       March 4, 2021<br>Time:      9:00 a.m.<br>Location:  Courtroom 3<br>              (San Jose Courthouse) |

**[PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1

Plaintiff Maha Askar ("Plaintiff"), individually and on behalf of the proposed class, moved the Court for an order granting preliminary approval of a class action settlement of claims against defendant Health Providers Choice, Inc. ("HPC"). Having carefully considered the motion, its supporting papers, and the arguments of counsel, the Court will GRANT the motion. Accordingly, the Court ORDERS as follows:

1. The Court preliminarily finds that the terms of the Joint Stipulation and Class Action Settlement Agreement ("Settlement") are fair, reasonable, and adequate, and comply with Rule 23(e) of the Federal Rules of Civil Procedure.

2. The following proposed class ("Settlement Class") is conditionally certified for purposes of the Settlement only:

    All non-exempt hourly employees employed by Health Providers Choice, Inc. in California at any time from September 26, 2015 through the date of this Order who worked one or more workweeks in which they were paid overtime and received per diem pay and/or a monetary bonus.

3. The Court appoints Plaintiff as the representative of the Settlement Class.

4. The Court appoints Hayes Pawlenko LLP as class counsel for the Settlement Class.

5. The proposed manner of the notice of settlement set forth in the Settlement constitutes the best notice practicable under the circumstances and complies with the requirement of due process.

6. The Court approves the form, substance, and requirements of the notice of settlement attached as Exhibit A to the Settlement.

7. The parties shall carry out the notice process according to the terms of the Settlement.

8. The Court appoints Phoenix Class Action Administration Solutions as the settlement administrator, preliminarily approves settlement administration costs of up to $3,500,

[PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

and directs the settlement administrator to complete dissemination of the notice of settlement in accordance with the Settlement.

9.  A final approval (fairness) hearing is hereby set for  October 7, 2021, at 9:00 a.m. in Courtroom 3 to consider the fairness, reasonableness, and adequacy of the Settlement as well as the award of attorneys' fees and costs to class counsel and a service award to the class representative.

10. Class counsel shall file the motion for an award of attorneys' fees and costs and incentive awards twenty-one (21) days after the settlement administrator disseminates the notice of settlement.

11. Class counsel shall file the motion for final approval of the Settlement, along with any objections to the Settlement and any responses thereto, no later than thirty-five (35) days before the final approval (fairness) hearing.

12. All proceedings in this action, other than proceedings necessary to carry out or enforce the Settlement or this Order, are stayed pending the final fairness hearing and the Court's decision whether to grant final approval of the Settlement.

DATED: March 4, 2021

_____
HON. BETH LABSON FREEMAN
United States District Judge

[~~PROPOSED~~] **ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

3